UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT A CHESTRA,<br><br>    Plaintiff,<br><br>    v.<br><br>RON DAVIS, et al.,<br><br>    Defendants. | Case No. 15-cv-00560-VC  (PR)<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST FOR AN EXTENSION OF TIME TO FILE AMENDED COMPLAINT**<br><br>Re: Dkt. No. 5 |

Plaintiff Robert A. Chestra moves for an extension of time to file his amended complaint, which is due on May 8, 2012.  The motion is granted and Plaintiff has twenty-eight days from the date of this order to file his amended complaint.  Further motions for extensions of time will not be considered.

**IT IS SO ORDERED**.

Dated: May 29, 2015

VINCE CHHABRIA
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROBERT A CHESTRA,

    Plaintiff,

  v.

RON DAVIS, et al.,

    Defendants.

Case No. 15-cv-00560-VC

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 29, 2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Robert A Chestra ID: T-93761
San Quentin State Prison
San Quentin, CA 94974

Dated: May 29, 2015

Richard W. Wieking
Clerk, United States District Court

By:_____
Kristen Melen, Deputy Clerk to the
Honorable VINCE CHHABRIA